**Supreme Court**
No. 2025-80-M.P.

In the Matter of Kenneth A.D. Filarski, Esq. :

**O R D E R**

On March 21, 2025, the Court's Chief Disciplinary Counsel filed an Emergency Petition for Immediate Interim Suspension pursuant to Article III, Rule 5(b)(6) of the Supreme Court Rules of Disciplinary Procedure. The Petition averred, among other facts with supporting evidence, the following:

1. Respondent-Attorney, Kenneth A.D. Filarski, Esq., is currently an active attorney licensed to practice law in the State of Rhode Island.

2. Respondent-Attorney has caused confidential court records to be published publicly, in violation of state law and court rules.

3. Respondent-Attorney has also engaged in persistent, unwarranted attacks on lawyers, judges, court personnel, and innocent third parties.

4. Respondent-Attorney's erratic and untoward public behavior has escalated, bringing into question his fitness to practice law and undermining the integrity of the profession.

This Emergency Petition came before a single justice of this Court, sitting as Duty Justice. After consideration of this Emergency Petition, the Court issued an order on March 21, 2025, ordering the following:

1. In furtherance of protecting the public and maintaining the integrity of the legal profession, Respondent, Kenneth A.D. Filarski, Esq., is suspended from the practice of law in this state on an emergency temporary basis, effective immediately and until further order of this Court. Such readmittance to the practice of law will require, in part, Respondent-Attorney to submit medical documentation evidencing an evaluation by a certified medical professional opining Respondent-Attorney is fit to practice law and not a danger to himself and/or others.

2. Disciplinary Counsel's Emergency Petition will be heard by the full Court at its conference on April 10, 2025.

3. Respondent-Attorney is hereby directed to respond to the Emergency Petition within ten (10) days of the date of this Order.

Respondent-Attorney filed his response on March 31, 2025, and Disciplinary Counsel filed her reply and objection on April 3, 2025. The Respondent-Attorney then filed an additional reply on April 7, 2025. This matter came before the full Court at its conference on April 10, 2025, and it considered all pleadings before it. After consideration, the following is ordered:

1. In continued furtherance of protecting the public and maintaining the integrity of the legal profession, Respondent Kenneth A.D. Filarski, Esq.'s suspension from the practice of law in this state on an emergency temporary basis remains in full force and effect, until further order of this Court and no sooner than the resolution of the disciplinary matters with respect to this Respondent-Attorney. Any readmittance to the practice of law will require, in part, Respondent-Attorney to submit additional medical documentation that identifies his clinical diagnosis(es), date of diagnosis(es), and course of treatment(s); the frequency at which Respondent-Attorney attends sessions; and certification that his clinician has reviewed his X posts at issue as appended to the Emergency Petition, which Disciplinary Counsel will provide to the clinician, and still certifies Respondent-Attorney's character and fitness to practice law. Respondent-Attorney is required to provide this documentation and certification to the Office of Disciplinary Counsel within ***fifteen (15) days*** of the date of this Order.

2. This matter is referred to the Disciplinary Board.

3. Respondent-Attorney's request for a "bill of particulars" from Disciplinary Counsel relating to paragraphs 33, 34, and 35 of the Emergency Petition is denied.

4. Respondent-Attorney's request that this Court vacate his temporary suspension and reinstate him to active status is denied.

Entered as an Order of this Court this ***11th*** day of ***April 2025***.

By Order,

/s/ *Meredith A. Benoit*
Clerk



**STATE OF RHODE ISLAND**

**SUPREME COURT – CLERK'S OFFICE**
Licht Judicial Complex
250 Benefit Street
Providence, RI 02903

**ORDER COVER SHEET**

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Kenneth A.D. Filarski, Esq. | |
| **Case Number** | No. 2025-80-M.P. | |
| **Date Order Filed** | April 11, 2025 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>Kenneth A.D. Filarski, *pro se* | |

SU-CMS-02B (revised November 2022)